**BILLIE LM ADDLEMAN**
**WHITNEY M. AGOPIAN**
Hirst Applegate, LLP
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
wagopian@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| GEORGIA-PACIFIC LLC, | } | |
| Plaintiffs, | } } } | |
| vs. | } } | Civil No. 10-CV-0083-D |
| DIVERSIFIED TRANSFER AND STORAGE, INC. and WILSHIRE INSURANCE COMPANY, | } } } } | |
| Defendant. | } } | |

## *GEORGIA-PACIFIC LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DIVERSIFIED TRANSFER AND STORAGE, INC.*

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Georgia-Pacific LLC ("Georgia-Pacific") hereby moves this Court for Partial Summary Judgment against Diversified Transfer and Storage, Inc. ("Diversified") by showing there are no genuine issues of material fact and it is entitled to judgment as a matter of law. In support of this

Motion, Georgia-Pacific relies on the Memorandum of Law filed concurrently herewith and all of the other pleadings and papers on file in this action.

Georgia-Pacific has shown that there are no issues of material fact and that it is entitled to judgment as a matter of law. Specifically, the defense, indemnity and insurance provisions of the Contract are valid and enforceable, Diversified has breached each of the three contractual provisions, and Georgia-Pacific has suffered damages as a result of the breach. Finally, Georgia-Pacific is entitled to the declaratory relief and specific performance it seeks in the *Complaint* since Diversified has future obligations it must perform pursuant to the Contract.

WHEREFORE Georgia-Pacific LLC respectfully requests the Court to enter judgment in its favor, to order a hearing on the proper amount of damages if the parties cannot agree to the same, for declaratory and equitable relief as sought in the *Complaint*, for taxable costs and attorneys fees as sought in the *Complaint*, and for such other and further relief as the Court may find just.

Dated: 9 July 2010.

GEORGIA-PACIFIC LLC, Plaintiff

BY: *[signature]*
**BILLIE LM ADDLEMAN, #6-3690**
**WHITNEY M. AGOPIAN, #7-4521**
OF HIRST APPLEGate, LLP
Attorneys for Plaintiff
1720 Carey Avenue, Suite 200
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com
wagopian@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing *Plaintiff Georgia-Pacific, LLC's Motion for Partial Summary Judgment Against Diversified Transfer and Storage, Inc.* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 9 July 2010, and that copies were served as follows:

| | |
|---|---|
| Amanda R. Lenning<br>Patten, Peterman, Bekkedahl & Green, PLLC<br>2817 Second Avenue North, Suite 300<br>Billings, MT 59101<br>T: 406-252-8500<br>F: 406-294-9500<br>Email: alenning@ppbglaw.com<br>*Attorney for Diversified Transfer & Storage* | [✓] E-FILE<br>[ ] US MAIL<br>[ ] FED EX<br>[ ] FAX<br>[ ] HAND DELIVERED |
| Curtis B. Buchhammer<br>Buchhammer & Kehl, P.C.<br>1821 Logan Avenue<br>PO Box 568<br>Cheyenne, WY 82003-0568<br>T: 307-634-2184<br>F: 307-634-2199<br>Email: cbb@wyoming.com<br>*Attorney for Wilshire Insurance Company* | [✓] E-FILE<br>[ ] US MAIL<br>[ ] FED EX<br>[ ] FAX<br>[ ] HAND DELIVERED |

_____
OF HIRST APPLEGATE, LLP
Attorneys for Plaintiff

HIRST APPLEGATE, LLP
LAW OFFICES
1720 CAREY AVENUE, SUITE 200
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083